**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MICHAEL L. UNION,**

    **Plaintiff,**

vs.                                                **Case No. 4:10cv125-RH/WCS**

**WALTER A. McNEIL, et al.,**

    **Defendants.**

    _____/

**REPORT AND RECOMMENDATION**

Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint under 42 U.S.C. § 1983 on April 5, 2010. Doc. 1. Plaintiff also filed a motion for a temporary restraining order and/or preliminary injunction, doc. 4, supported by a recent affidavit, doc. 13. This report and recommendation addresses only the motion for temporary restraining order, doc. 4. At the outset, Plaintiff's initial complaint was reviewed this same date and because it is deficient, Plaintiff has been ordered to submit an amended complaint.

Plaintiff challenges the a determination of his custody status. Plaintiff asserts that his status is wrongfully elevated due to issuance of a false disciplinary report. Plaintiff was found guilty as charged in the disciplinary report, but it was eventually

overturned due to a "technical" error. Plaintiff maintains the disciplinary report was false and he appears to be requesting that "all documents, paper, video topes or anything relating to" him from May 8, 2009, through December 31, 2009, be reviewed and held. Doc. 4, p. 4.

Plaintiff states in his declaration attached to the motion that the outside criminal charges which were filed against him (apparently related to the disciplinary report) were dismissed. Doc. 4, p. 6. Plaintiff's disciplinary report was overturned. There is no need to enter an order preserving "evidence" which is not needed for any pending legal proceeding. Furthermore, Plaintiff's recent declaration, doc. 13, presents allegations of "harassment," but Plaintiff does not name any particular person who he claims has unlawfully "harassed" him. Plaintiff's motion should be denied.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for a temporary restraining order and/or preliminary injunction, doc. 4, be **DENIED** and this case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on July 6, 2010.

   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:10cv125-RH/WCS