# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MICHAEL L. UNION,

    Plaintiff,

v.   CASE NO. 4:10cv125-RH/WCS

WALTER A. McNEIL et al.,

    Defendants.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 16.  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED.  The motion for a temporary restraining order or preliminary injunction, ECF No. 4, is DENIED.  The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on August 9, 2010.

                                             s/Robert L. Hinkle
                                             United States District Judge